HOWARD N. EAVENSON, PETITIONER, v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 24754, 32851.   Promulgated July 15, 1930.

*W. W. Booth, Esq.,* and *W. A. Seifert, Esq.,* for the petitioner.
*Bruce A. Low, Esq.,* for the respondent.

240

OPINION.

Murdock: The issue in this case is not materially different from that presented in the case of *Charles W. Dahlinger*, 20 B. T. A. 176, and in accordance with our decision in that case, we hold that the sale of the petitioner's stock in the Central Pocahontas Coal Co. was not consummated after December 31, 1921, and the profits therefrom

were not taxable under the capital gain provisions of the Revenue Acts of 1921 and 1924.

*Judgment will be entered for the respondent.*

SEAWELL dissents.